# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**MILWAUKEE HEALTH SERVICES, Inc.,**

    Plaintiff,

    -vs-                        Case No. 13-C-797

**BUSINESS COMPUTER APPLICATIONS, Inc.,**

    Defendant.

## DECISION AND ORDER

This matter comes before the Court on Milwaukee Health Services, Inc.'s combined motion for a temporary restraining order and preliminary injunction to require Business Computer Applications to "restore connectivity to its Pearl Electronic Medical Record software so that MHSI can access its patient records which are needed immediately for treatment of patients." Upon an initial review of the motion, the Court concludes that it does not satisfy the requirements for immediate, *ex parte* relief. Fed. R. Civ. P. 65(b)(1).

Therefore, and to that extent, MHSI's motion [ECF No. 3] is **DENIED**. The defendant's response to MHSI's motion for a preliminary injunction must be filed within **seven (7) days** of the date of this Order. MHSI may file a reply, if it chooses, within **five (5) days** of receiving MHSI's response.

Dated at Milwaukee, Wisconsin, this 18th day of July, 2013.

BY THE COURT:

_____
**HON. RUDOLPH T. RANDA**
**U.S. District Judge**